IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAREK NEESSOULI,<br><br>        Plaintiff,<br><br>v.<br><br>RESURGENS, P.C.,<br><br>        Defendant. | 1:13-cv-2772-WSD |

### ORDER

The undersigned hereby **RECUSES** himself from further participation in this action, pursuant to Canon 3(c) of the Code of Conduct for United States Judges.  The Clerk is **DIRECTED** to reassign this case in accordance with the Internal Operating Procedures of this Court, and to notify all parties.

**SO ORDERED**, this 20th day of August, 2013.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE